FILED
NOV 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDOLFO ROMERO-CICLE<br>Reg. NO. 79245-079<br>Post Office Box 9000<br>Forrest City, Arkansas 72236,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case<br><br>CASE NUMBER 1:05CV02303<br>JUDGE: Richard J. Leon<br>DECK TYPE: FOIA/Privacy Act<br>DATE STAMP: 11/29/2005 |

## COMPLAINT PURSUANT TO THE FREEDOM OF INFORMATION AND PRIVACY ACTS

COMES NOW RANDOLFO ROMERO-CICLE, pro se, pursuant to the Freedom of Information Act (5 U.S.C. §552) and the Privacy Act (5 U.S.C. §552a), and for his complaint states as follows:

1. Plaintiff is a citizen of the United States, and is currently confined at the Federal Correctional Institution at Forrest City, Arkansas, pursuant to a judgment and commitment Order issued by the United States District Court for the Southern District of Texas at Houston, Texas.

2. The Defendant, U.S. Department of Justice, is a department of Government in the Excutive Brach of the United States Government, consisting of various agencies and bureaus, including the Bureau of Prisons.

3. The Bureau of Prisons, an agency within the Department of Justice maintains a system of records pertaining to individuals who are committed to its care, custody and control.

4. The system of records maintained by the Bureau of Prisons

- 1 -

RECEIVED
NOV 14 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

is maintained in a manner so as to constitute a sytem of records pertaining to identifiable individuals.

5. The Bureau of Prisons maintains identifiable records pertaining to the Plaintiff herein.

6. This Court has jurisdiction over this matter by virtue of the provisions of 5 U.S.C. §552(4)(B), and 5 U.S.C. §552a(40(B) and 28 U.S.C. §1331 to enjoin the agency from witholding agency records and to order the production of any agency records improperly withheld from the Plaintiff.

7. Plaintiff made a written request to the Bureau of Prisons requesting a copy of that agency's records pertaining to the Plaintiff, but the Bureau of Prisons failed, refused, and neglected to disclose certain records pertaining to the Plaintiff which are maintained by the Bureau of Prisons as part of its agency records on various grounds, none of which have any applicability to the records withheld from the Plaintiff.

8. Plaintiff took a timely appeal from the decision of the Bureau of Prisons' denial of certain records pertaining to the Plaintiff to the defendant, United States Department of Justice. The Defendant, U.S. Department of Justice, Office of Freedom of Information Act and Privacy Act Appeals on or about March 24, 2005, and on April 7, 2005 was advised that his appeal had been docketed as number 05-1430.

9. The said Office of Information and Privacy has failed, refused, and neglected to determine the merits of Plaintiff's appeal from the denial of certain records pertaining to him, and

- 2 -

has elected to treat the failure to respond as a denial of his administrative appeal for records.

**10.** Plaintiff has exhausted all of his available administrative remedies in seeking disclosure of agency records of the Bureau of Prisons pertaining to him.

**11.** There is no legal basis on which to withhold the agency records pertaining to the Plaintiff which Plaintiff has sought, to wit: all records maintained by the Bureau of Prisons pertaining to incident reports issued by the Bureau of Prisons to the Plaintiff which involved offense codes 201, 221, and 305. The Bureau of Prisons has the requested records as part of its agency records pertaining to the Plaintiff, but refuses to disclose the records without just cause or excuse.

**12.** Plaintiff is entitled to the agency records he seeks as a matter of law.

**WHEREFORE**, for the foregoing reasons, Plaintiff prays this Court will enter its Order enjoining the Defendant and its constitutent bureau, the Bureau of Prisons from continuing to withhold from Plaintiff the agency records pertaining to himself that he seeks, together with the costs of this action, and for such additional relief as to which the Plaintiff is entitled.

Respectfully submitted,

*[signature]*

RANDOLFO ROMERO-CICLE
Reg. No. 79245-079
Federal Correctional Institution
Post Office Box 9000
Forrest City, Arkansas 72336-9000,

Plaintiff, pro se.

State of Arkansas       )
                        ) ss.
County of St. Francis   )

## DECLARATION

Plaintiff herein, **RANDOLFO ROMERO-CICLE** states and declares under the pains and penalties of perjury as follows:

1. That he is the Plaintiff in the above-entitled cause of action.

2. That he has read and understands the factual allegations contained in the foregoing complaint.

3. That the factual allegations contained in the foregoing complaint are true and correct.

**WHEREFORE,** Plaintiff makes this Declaration under the pains and penalties of perjury on this 6th day of November, 2005, at Forrest City, Arkansas, as authorized by 28 U.S.C. §1746.

_____
RANDOLFO ROMERO-CICLE

- 4 -