**FILED**

NOV 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RANDOLFO ROMERO-CICLE,                )
Reg. No. 79245-079                    )
Post Office Box 9000                  )
Forrest City, Arkansas 72236,         )
                                      )
            Plaintiff,                )
                                      )      Case No. ___**05 2303**___
       v.                             )
                                      )
U. S. DEPARTMENT OF JUSTICE,          )
                                      )
            Defendant.                )
_____)

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

COMES NOW RANDOLFO ROMERO-CICLE, pro se, and moves the Court
to enter its Order granting him leave to proceed in forma pauperis,
and in connection with this motion, shows the Court as follows:

1.   Plaintiff is a prisoner confined at the Federal Correctional
Institution at Forrest City, Arkansas, pursuant to a judgment
and commitment Order issued by the United States District Court
for the Southern District of Texas at Houston.

2.   Plaintiff has been confined since ~~October~~ July, 1997, and
has not worked for wages or engaged in self-employment since
~~October~~ July 1997. As a consequence, Plaintiff does not have the economic
resources which would enable him to pay the filing fees associated
with the filing of a civil action in the United States District
Court.

3.   Attached hereto and made a part hereof is an affidavit
which **RECEIVED** iff's economic circumstances as of this

NOV 1 4 2005                          - 1 -

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

time.

4.    Plaintiff brings this cause of action in good faith, believing that he is entitled under the law to the relief he prays in his Complaint.

5.    Plaintiff's economic circumstances establish that he is unable to pay the filing fees and costs associated with this civil action, and that he meets the requirements of the statute permitting such filings in forma pauperis.

6.    Plaintiff meets the requirements of the law establishing his eligibility for leave to proceed in this cause in forma pauperis.

WHEREFORE, for the foregoing reasons, Plaintiff prays an Order of this Court granting him leave to proceed in this cause in forma pauperis, and directing that process issue from the Court and the same be served by the United States Marshal on the Director of the Bureau of Prisons, the Attorney General of the United States, and the United States Attorney for the District of Columbia.

Respectfully submitted,

RANDOLFO ROMERO-CICLE
Reg. No. 79425-079
Federal Correctional Institution
Post Office Box 9000
Forrest City, Arkansas 72336-9000,

Plaintiff, pro se.

- 2 -

AO 240 (Rev. 6/86)   Application to Proceed ⊕

# United States District Court

_____ DISTRICT OF __COLUMBIA__

| | |
|---|---|
| RANDOLFO ROMERO-CICLE,<br>    Plaintiff,<br><br>        V.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>    Defendant. | APPLICATION TO PROCEED IN<br>FORMA PAUPERIS, SUPPORTING<br>DOCUMENTATION AND ORDER<br><br>CASE NUMBER: |

I,_____ Randolfo Romero-Cicle _____, declare that I am the (check appropriate box)

☒ petitioner/plaintiff        ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant     ☐ _____
                                              other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Freedom of Information/Privacy Act lawsuit to compel an agency within the U.S. Department of Justice, to wit: the Bureau of Prisons, to disclose to the Plaintiff certain documents pertaining to him as authorized by 5 U.S.C.§§552 and 552a.

In further support of this application, I answer the following questions.

1. Are you presently employed?                              Yes ☐    No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.   I was last employed as an independent truck driver in 1997, earning approximately $40,000 per year.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment    Yes ☐    No ☒
   b. Rent payments, interest or dividends?                     Yes ☐    No ☒
   c. Pensions, annuities or life insurance payments?           Yes ☐    No ☒
   d. Gifts or inheritances?                                    Yes ☐    No ☒
   e. Any other sources?                                        Yes ☐    No ☒

05 2303

FILED
NOV 2 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

Not Applicable

3. Do you own any cash, or do you have money in checking or savings accounts?

Yes ☐  No ☒  (Include any funds in prison accounts.)

If the answer is "yes," state the total value of the items owned.

I have a commissary account, and am attaching the ledger sheet for the six-month period preceding the date of this application.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ☐  No ☒

*guess so $300*

If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I have been incarcerated since July 1999. Because of the length of my incarceration, I have no one who is dependent upon me for support at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 6, 2005.

(Date)                                        Signature of Applicant

CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 1.143 on account to his credit at the Federal Correctional Institution at Forrest City, Arkansas institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: N/A

I further certify that during the last six months the applicant's average balance was $ 8.17

Attached hereto is a true copy of the ledger sheet for the commissary account of the above named inmate.

C. Hunt 9-14-11     FCI Forest City, AR
Authorized Officer of Institution

ORDER OF COURT

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The application is hereby denied.

_____        _____        _____        _____
United States Judge                   Date                United States Judge                   Date
                                                              or Magistrate