```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

RANDOLFO ROMERO-CICLE              )
REGISTER NO. 79245-079             )
FEDERAL CORRECTIONAL INSTITUTION   )
POST OFFICE BOX 9000               )
FORREST CITY, AR  72236,           )
                                   )
      Plaintiff,                   )
                                   )
      v.                           ) Civil Action No. 05-2303 (RJL)
                                   )
U.S. DEPARTMENT OF JUSTICE         )
950 PENNSYLVANIA AVENUE, NW.       )
WASHINGTON, DC  20530-0001,        )
                                   )
      Defendant.                   )
```

PRAECIPE

The Clerk of said Court will please enter the appearance of Jennifer H. Ashworth as principal counsel for defendant in the above-captioned civil action.

Dated:  December 22, 2005
_____
JENNIFER H. ASHWORTH
(D.C. Bar #475261)
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, DC  20530-0001
(202) 616-5478

Counsel for Defendant