<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing Praecipe was served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

>   Mr. Randolfo Romero-Cicle
>   Register No. 79245-079
>   Federal Correctional Institution
>   Post Office Box 9000
>   Forrest City, AR  72236

on this 22nd day of December 2005.

_____
JENNIFER H. ASHWORTH