```
               UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
```

RANDOLFO ROMERO-CICLE,           )
                                                   )
    Plaintiff,                   )
                                                  )
    v.                           )  Civil Action No. 05-2303 (RJL)
                                                  )
U.S. DEPARTMENT OF JUSTICE,      )
                                                 )
    Defendant.                   )

ANSWER

Defendant, by its undersigned attorneys, hereby answers the Complaint as follows:

FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

SECOND DEFENSE

In response to the numbered and unnumbered paragraphs, and the section entitled "DECLARATION," defendant admits, denies, or otherwise avers as follows:

First unnumbered paragraph: This paragraph consists of plaintiff's characterization of this action, which does not require an answer, but insofar as an answer may be deemed required, deny.

1. Deny, for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted, except to aver that plaintiff is a federal inmate incarcerated at the Federal Correctional Institution at Forrest City, Arkansas.

-2-

2.  Deny, except to aver that the Federal Bureau of Prisons (BOP) is a component of the United States Department of Justice, which is an agency of the executive branch of the United States Government.

3.  Deny, except to aver that the BOP is a component of the United States Department of Justice and that the BOP maintains records pertaining to federal prisoners incarcerated at its facilities.

4.  Deny, except to aver that the BOP maintains a system of records entitled "Inmate Central Records System (Justice/BOP-005)," a description of which is provided in the Federal Register, see 67 Fed. Reg. 31371 (May 9, 2002), to which the Court is respectfully referred for a complete and accurate description of the Inmate Central Records System.

5.  Deny, except to aver that the BOP maintains certain records to which plaintiff seeks access.

6.  This paragraph consists of plaintiff's allegation regarding jurisdiction, which does not require an answer, but insofar as an answer may be deemed required, deny.

7.  First clause:  Deny, except to aver receipt of a letter from plaintiff to BOP dated January 19, 2005, to which the Court is respectfully referred for a complete and accurate statement of its contents.  Second clause:  Deny, except to aver that BOP withheld certain information pursuant to the Freedom of Information Act in response to plaintiff's request.

-3-

8. First sentence: Deny, except to aver receipt of a letter from plaintiff to the Office of Information and Privacy (OIP), a component of the United States Department of Justice, dated March 24, 2005, to which the Court is respectfully referred for a complete and accurate statement of its contents. Second sentence: Deny, except to aver transmittal of a letter from OIP to plaintiff dated April 7, 2005, to which the Court is respectfully referred for a complete and accurate statement of its contents.

9. This paragraph consists of plaintiff's legal arguments, which do not require answers, but to the extent that answers may be deemed required, deny, as conclusions of law.

10. Deny, as a conclusion of law.

11. First sentence: Deny, as conclusions of law. Second sentence: Deny, except to aver that the BOP maintains certain records to which plaintiff seeks access.

12. Deny, as a conclusion of law.

Second unnumbered paragraph: This paragraph consists of plaintiff's prayer for relief, which does not require an answer, but insofar as an answer may be deemed required, deny.

In response to the section of the Complaint entitled "DECLARATION," containing plaintiff's attestation with regard to the veracity of his Complaint, none of the numbered or unnumbered sentences in this section require answers, but to the extent that answers may be deemed required, deny.

-4-

Each and every allegation not heretofore expressly admitted or denied is denied.

Defendant denies that plaintiff is entitled to the relief prayed for or to any relief whatsoever.

WHEREFORE, defendant, having fully answered, respectfully prays that this action be dismissed with prejudice and that defendant be granted its costs.

    Respectfully submitted,

_____
KENNETH L. WAINSTEIN
(D.C. Bar #451058)
United States Attorney


_____
R. CRAIG LAWRENCE
(D.C. Bar #171538)
Assistant United States Attorney


Dated:  January 3, 2006    _____
JENNIFER H. ASHWORTH
(D.C. Bar #475261)
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C.  20530-0001
(202) 616-5478