```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

RANDOLFO ROMERO-CICLE,            )
                                  )
    Plaintiff,                    )
                                  )
    v.                            ) Civil Action No. 05-2303 (RJL)
                                  )
U.S. DEPARTMENT OF JUSTICE        )
950 PENNSYLVANIA AVENUE, NW.      )
WASHINGTON, DC  20530-0001,       )
                                  )
    Defendant.                    )

<u>PRAECIPE</u>

The Clerk of the Court will please note that as of February 13, 2006, the address for Jennifer H. Ashworth, principal counsel for defendant, will be:

> Jennifer H. Ashworth
> Attorney-Advisor
> Office of Information and Privacy
> United States Department of Justice
> 1425 New York Ave., NW, Suite 11050
> Washington, DC  20530-0001

Dated:  February 8, 2006
JENNIFER H. ASHWORTH
(DC Bar #475261)
Attorney Advisor
Office of Information and Privacy
United States Department of Justice
FLAG Building, Suite 570
Washington, DC  20530-00001
(202) 616-5478