<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing Praecipe was served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

>Mr. Randolfo Romero-Cicle
>Register No. 79245-079
>Federal Correctional Institution
>Post Office Box 9000
>Forrest City, AR  72236

on this 8th day of February 2006.

_____
JENNIFER H. ASHWORTH