UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 5 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| RANDOLFO ROMERO-CICLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2303 (RJL) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Plaintiff, proceeding *pro se*, brought this action pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Defendant filed an answer on January 3, 2006. FOIA actions are appropriately decided on motions for summary judgment. Accordingly, it is hereby

ORDERED that Defendant shall file a motion for summary judgment by June 3, 2006. Plaintiff shall respond to Defendant's motion by July 3, 2006. Defendant's reply, if any, is to be filed by July 17, 2006.

_____
RICHARD J. LEON
United States District Judge

DATE: