<u>CERTIFICATE OF SERVICE</u>

    The undersigned hereby certifies that the foregoing Defendant's Motion for Summary Judgment, Statement of Material Facts as to Which There Is No Genuine Issue, Memorandum of Points and Authorities in Support of Defendant's Motion for Summary Judgment, attachments, declaration, exhibits, and proposed order were served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

        Mr. Randolfo Romero-Cicle
        Register No. 79245-079
        Federal Correctional Institution
        Post Office Box 9000
        Forrest City, AR  72236

on this 1st day of June 2006.

        _____
        JENNIFER H. ASHWORTH