IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDOLFO ROMERO-CICLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U. S. DEPARTMENT OF JUSTICE. )<br>)<br>Defendant. )<br>) | Civil Action No. 05-2302(RJL) |

### PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO PREPARE, SERVE, AND FILE HIS OPPOSITION TO THE GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW RANDOLFO ROMERO-CICLE, pro se, and moves the Court to enter its Order granting the Plaintiff an enlargement of time within which to prepare, serve, and file his opposition to the Government's Motion for Summary Judgment, and in connection with this motion, shows the Court as follows:

1.  The Court, in an Order filed on June 6, 2006, advised the pro se plaintiff that the Government had filed a motion for summary judgment, and ordered the Plaintiff to file his response within thirty (30) days from the date of this Court's order.

2.  As of this date, Plaintiff has not received a copy of the Government's Motion for Summary Judgment.

3.  Plaintiff cannot, of course, be expected to prepare, serve and file his oppostion to the Government's MOtion for Summary Judgment without first receiving and analyzing the Government's motion for summary judgment.

4.  Plaintiff has advised the Government's counsel, Jennifer

- 1 -

H. Ashworth, by letter, a copy of which is attached hereto, that he has not received a copy of the Government;s Motion for Summary Judgment, and of the fact that his non-receipt of a copy of the Motion for Summary Judgment, which is the subject of the District Court's Order of June 6, 2006.

5.   It is reasonable for Plaintiff, who is incarcerated, and who is proceeding in this matter pro se, to be accorded additional time within which to respond to the Government's Motion for Summary Judgment, since Plaintiff has yet to receive a copy of the Motion for Summary Judgment from the Government.

6.   Plaintiff asks the Court to grant him to and including July 31, 2006, within which to prepare, serve, and file his opposition to the Government's Motion for Summary Judgment.

7.   Plaintiff does not make this request for the purpose of causing any unnecessary delay in the adjudication of this cause, but makes this motion solely because he is in need of the additional time herein requested in order to do the necessary research and writing associated with the preparation of a response to the Government's Motion for Summary Judgment.

8.   Because of Plaintiff's incarceration, he has not had an opportunity to discuss his motion for an enlargement of time with the Government's attorney, but does not possess any information which would cause him to believe Government counsel would object to the enlargement of time herein sought.

**WHEREFORE,** for the foregoing reasons, Plaintiff prays an Order of this Court granting him to and including July 31, 2006, within which to file his opposition to the Government's Motion

for Summary Judgment.


Respectfully submitted,

*[signature]*

RANDOLFO ROMERO-CICLE
Reg. No. 79245-079
Federal Correctional Institution
Post Office Box 9000
Forrest City, Arkansas 72336-9000,

Plaintiff, pro se

## CERTIFICATE OF SERVICE

This is to certify the undersigned did mail a true and correct copy of the foregoing

> PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME
> WITHIN WHICH TO PREPARE, SERVE, AND FILE HIS
> OPPOSITION TO THE GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT

to:

> Jennifer H. Ashworth, Esquire
> Assistant United States Attorney
> 5806 Judiciary Center Building
> 555 4th Street, N.W.
> Washington, DC 20001

by first-class mail, in a wrapper addressed as aforesaid, with sufficient first-class postage prepaid and affixed thereto, and by depositing the same in the mail receptacle provided for inmate use in mailing legal materials from the Federal Correctional Institution at Forrest City, Arkansas, on this 13th day of June, 2006.

*[signature]*
_____
Randolfo Romero-Cicle

```
                    RANDOLFO ROMERO-CICLE
                      Reg. No. 79245-079
                  Federal Correctional Institution
                       Post Office Box 9000
                  Forrest City, Arkansas 72336-9000
```

June 12, 2006

Jennifer H. Ashworth, Esquire
Assistant United States Attorney
5806 Judiciary Center Building
555 4th Street, N.W.
Washington, DC 20001

    Re:  Randolfo Romero-Cicle v. U.S. Department of Justice
         Civil Action No. 05-2302(RJL)

Dear Ms. Ashworth:

    I am in receipt of an order from the United States District Court relative to the captioned case. In that Order, I am advised the Government has filed a motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

    The Court has directed that any response I may make must be filed within thirty days of his June 6, 2006 order.

    Unfortunately, I have not yet received a copy of your Motion for Summary Judgment. Consequently, it is difficult to respond to your motion. I am submitting a motion for an enlargement of time to and including July 31, 2006, within which to respond to your motion for summary judgment.

    I am not sure when you filed your motion for summary judgment, but would assume that sufficient time has elapsed for me to have received a copy of your motion. Since I have not yet received a copy of your motion, would you please promptly send me a copy, so that I am able to submit my opposition?

    Please send the copy to me at the address listed on the mast of this letter.

Very truly yours,


Raldolfo Romero-Cicle