UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDOLFO ROMERO-CICLE,    )<br>      )<br>    Plaintiff,         )<br>      )<br>    v.                 )    Civil Action No. 05-2303 (RJL)<br>      )<br>U.S. DEPARTMENT OF JUSTICE,  )<br>      )<br>    Defendant.       )<br>_____) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant, by its undersigned attorneys, respectfully moves the Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time of seven business days, to and including August 16, 2006, within which to reply to plaintiff's "Memorandum in Opposition to Defendant's Motion for Summary Judgment" [hereinafter Plaintiff's Opposition].[1]  This is defendant's first request for an enlargement of time.

Plaintiff commenced this action on November 29, 2005, pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 (2000 & Supp. III 2003), and the Privacy Act of 1974, 5 U.S.C. § 552a (2000), seeking access to certain records maintained by the Federal Bureau of Prisons (BOP) about himself.  On January 3, 2006, defendant filed its Answer to plaintiff's Complaint.  By Order dated April 5, 2006, the Court directed defendant to file

---

[1] In accordance with Local Civil Rules 7(m) and 16.3(a)-(b), counsel for defendant has not contacted plaintiff, a pro se plaintiff who is incarcerated, regarding this motion.

-2-

its dispositive motion by June 3, 2006, plaintiff to file his response by July 3, 2006, and defendant to file its reply by July 17, 2006.

On June 1, 2006, defendant filed Defendant's Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.  By Order dated June 6, 2006, the Court directed plaintiff to respond to defendant's motion within thirty days of the Court's Order.  On June 19, 2006, plaintiff filed "Plaintiff's Motion for an Enlargement of Time Within Which to Prepare, Serve, and File his Opposition to the Government's Motion for Summary Judgment."  By Order dated July 5, 2006, the Court granted plaintiff's motion for enlargement and directed him to respond to defendant's motion by July 31, 2006.

Although Plaintiff's Opposition was served on July 27, 2006, as of today, it has not yet been docketed in PACER, the federal judiciary's electronic case filing system, and it was not received by defendant's principal counsel until the late afternoon of August 3, 2006.

Defendant respectfully requests additional time to file its reply to plaintiff's opposition because defendant did not actually receive plaintiff's opposition until seven days after the date of plaintiff's certificate of service.  Defendant requests an enlargement of time of seven business days, to and including August 16, 2006, which is necessary for the orderly

-3-

preparation of defendant's reply.  Defendant respectfully suggests that it will not materially delay this action and should facilitate its efficient adjudication.

## Conclusion

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for enlargement of time.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN
(DC Bar #451058)
United States Attorney


_____
RUDOLPH CONTRERAS
(DC Bar #434122)
Assistant United States Attorney


Dated:  August 4, 2006        _____
                              JENNIFER H. ASHWORTH
                              (DC Bar #475261)
                              Attorney-Advisor
                              Office of Information and Privacy
                              United States Department of Justice
                              1425 New York Avenue, Suite 11050
                              Washington, DC  20530-0001
                              (202) 616-5478