UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDOLFO ROMERO-CICLE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2303 (RJL) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

Upon consideration of Defendant's Motion for Enlargement of Time, and the entire record herein, it is by the Court this ____ day of _____ 2006,

ORDERED that Defendant's Motion for Enlargement of Time be, and it hereby is, granted; and it is further

ORDERED that the time within which defendant must file its dispositive motion be, and it hereby is, enlarged by seven (7) business days to and including August 16, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Mr. Randolfo Romero-Cicle
Register No. 79245-079
Federal Correctional Institution
Post Office Box 9000
Forrest City, AR  72236

Jennifer H. Ashworth
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Avenue, NW
Suite 11050
Washington, DC  20530-0001