CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing Defendant's Motion for Enlargement of Time and proposed order were served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

        Mr. Randolfo Romero-Cicle
        Register No. 79245-079
        Federal Correctional Institution
        Post Office Box 9000
        Forrest City, AR  72236

on this 4th day of August 2006.

                                              _____
                                              JENNIFER H. ASHWORTH