```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

RANDOLFO ROMERO-CICLE          )
                               )
     Plaintiff,                )
                               )
     v.                        ) Civil Action No. 05-2303 (RJL)
                               )
U.S. DEPARTMENT OF JUSTICE,    )
                               )
     Defendant.                )
                               )
```

ORDER

Upon consideration of Defendant's Motion for Summary Judgment, plaintiff's "Memorandum in Opposition to Defendant's Motion for Summary Judgment," of all papers filed with respect thereto, and of the entire record herein, and it appearing to the Court that the granting of defendant's motion, pursuant to Rule 56 of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this ____ day of _____ 2006,

ORDERED that Defendant's Motion for Summary Judgment be, and it hereby is, granted; and it is further

ORDERED that this action be, and it hereby is, dismissed.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Mr. Randolfo Romero-Cicle
Register No. 79245-079
Federal Correctional Institution
Post Office Box 9000
Forrest City, AR  72336-9000

Jennifer H. Ashworth
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Avenue, NW
Suite 11050
Washington, DC  20530-0001