<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing Defendant's Reply to Plaintiff's "Memorandum in Opposition to Defendant's Motion for Summary Judgment" and proposed order were served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

>Mr. Randolfo Romero-Cicle
>Register No. 79245-079
>Federal Correctional Institution
>Post Office Box 9000
>Forrest City, AR  72336-9000

on this 16th day of August 2006.

_____
JENNIFER H. ASHWORTH