UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RANDOLFO ROMERO-CICLE,   )
                         )
    Plaintiff,            )
                         )
    v.                    )   Civil Action No. 05-2303 (RJL)
                         )
U.S. DEPARTMENT OF JUSTICE, )
                         )
    Defendant.            )
                         )

### ORDER

In accordance with the Memorandum Opinion issued this 17th day of Nov, 2006,

it is    ORDERED that defendant's motion for summary judgment [11] is GRANTED.

Judgment is entered in favor of defendant.

_____
RICHARD J. LEON
United States District Judge

